UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>DEHON, INC. | Chapter 11<br><br>Case No. 02-41045 (HJB)<br><br>(Substantively Consolidated) |
| STEPHEN S. GRAY,<br>AS PLAN ADMINISTRATOR OF<br>DEHON, INC.<br><br>Plaintiff,<br><br>v.<br><br>BRIAN BARNETT, R. SCHORR BERMAN, JOHN W. BROWN, JILL K. CONWAY, PAUL E. GRAY, JEROME H. GROSSMAN, M.D., MICHAEL HAWLEY, THOMAS JOBSKY, ASHOK S. KALALKAR, MARGARET G. KERR, LORENZO LAMADRID, CHARLES R. LAMANTIA, PAMELA W. MCNAMARA, BERHARD METZGER, ARNO A. PENZIAS, JAVIER ROTLLANT, CLAIR RUSKIN, STUART SAINT, GERHARD SCHULMEYER, PETER WOOD, AND WOLFGANG ZILLESSEN,<br><br>Defendants. | Adversary Proceeding<br>No. |

### JILL KER CONWAY AND PAUL E. GRAY'S
### MOTION TO WITHDRAW REFERENCE

Defendants Jill Ker Conway ("Conway") and Paul E. Gray ("Gray") hereby move, pursuant to 28 U.S.C. § 157(d), for permissive withdrawal of the reference to the bankruptcy court by the district court with respect to the claims against them on the ground that their assertion of a jury trial provides "cause shown" for withdrawing the reference.

JILL K. CONWAY and PAUL E. GRAY,

By their attorneys,

_____
_Andrea Kramer_
Robert E. Sullivan, BBO # 487820
Sandra Sue McQuay, BBO # 340120
Andrea C. Kramer, BBO # 632584
SULLIVAN WEINSTEIN & MCQUAY, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116
(617) 348-4300

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above documents was served upon the attorney(s) of record for each other party by mail/hand on 4/6/04
_Andrea Kramer_

April 6, 2004

FILED IN CLERK'S OFFICE
2004 APR -7 A 10: 37
BANKRUPTCY COURT
WORCESTER, MA

2