UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>    DEHON, INC.<br>_____<br><br>STEPHEN S. GRAY,<br>AS PLAN ADMINISTRATOR OF<br>DEHON, INC.<br><br>                    Plaintiff,<br>v.<br><br>BRIAN BARNETT, R. SCHORR BERMAN, JOHN W. BROWN, JILL K. CONWAY, PAUL E. GRAY, JEROME H. GROSSMAN, M.D., MICHAEL HAWLEY, THOMAS JOBSKY, ASHOK S. KALALKAR, MARGARET G. KERR, LORENZO LAMADRID, CHARLES R. LAMANTIA, PAMELA W. MCNAMARA, BERHARD METZGER, ARNO A. PENZIAS, JAVIER ROTLLANT, CLAIR RUSKIN, STUART SAINT, GERHARD SCHULMEYER, PETER WOOD, AND WOLFGANG ZILLESSEN,<br><br>                    Defendants. | Case No. 4:04-cv-40056 (JLT) |

## STATUS REPORT

Defendants Jill Ker Conway and Paul E. Gray hereby respectfully submit this Status Report to the Court to inform the Court that in October 2004 the Bankruptcy Court ruled that Counts I-V of the complaint are non-core proceedings. These defendants therefore request a hearing on the Motion for Withdrawal of Reference in this matter that is pending before the District Court.

In February 2004, the Plan Administrator for Dehon, Inc. ("Dehon") brought an adversary proceeding in the Bankruptcy Court against various former directors of Dehon (formerly Arthur D. Little), including Gray and Conway. The claims against Conway and Gray, Counts I-VI of the complaint, are for alleged breach of fiduciary duty and violation of Mass. Gen. L. ch. 156b, § 61 based on pre-petition distributions to shareholders authorized by the board of directors of Arthur D. Little between June 1999 and July 2000 while Conway and Gray were directors. Conway and Gray answered the Complaint on April 6, 2004.

On the same date, Conway and Gray filed a Motion to Withdraw the Reference in the District Court and a Motion for Determination that Proceedings are Non-Core in the Bankruptcy Court. At a hearing in October 2004, the Bankruptcy Court held that Counts I-V of the complaint are non-core proceedings. (Hearing Transcript at 15 and 32, copy attached as Exhibit 1.) At the same time, the Bankruptcy Court stayed all proceedings in the case against the directors pending a decision by the District Court on the pending Motion to Withdraw the Reference. (*Id.*)

Accordingly, defendants Conway and Gray respectfully request that a hearing on the Motion to Withdraw the Reference be scheduled.

                    JILL K. CONWAY and PAUL E. GRAY,
                    By their attorneys,

_____
Robert E. Sullivan, BBO # 487820
Sandra Sue McQuay, BBO # 340120
Andrea C. Kramer, BBO # 632584
SULLIVAN WEINSTEIN & MCQUAY, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116
(617) 348-4300

January 4, 2005