UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | * | |
|     DEHON, INC. | * | |
| _____ | * | |
| | * | |
| STEPHEN S. GRAY, as plan | * | |
| administrator of Dehon, Inc., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-40056-JLT |
| | * | |
| BRIAN BARNETT et al., | * | |
|     Defendants. | * | |
| _____ | | |
| | | |
| STEPHEN S. GRAY, as plan | * | |
| administrator of Dehon, Inc., | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-40079-JLT |
| | * | |
| BRIAN BARNETT et al., | * | |
|     Defendants. | * | |
| _____ | | |

ORDER

January 25, 2005

TAURO, J.

    This court hereby orders that:

    1.    The abovecaptioned cases are consolidated as Civil Action Number 04-40056, and all future filings must be identified as Civil Action Number 04-40056;

    2.    <u>Jill Ker Conway and Paul E. Gray's Motion to Withdraw Reference</u> and <u>Defendants R. Schorr Berman, John W. Brown, Jerome H. Grossman, M.D., Pamela W. McNamara, Arno A. Penzias, and Gerhard Schulmeyer's Motion to

<u>Withdraw Reference of Adversary Proceeding</u> are ALLOWED to the extent that reference is withdrawn for the entire trial portion of the proceeding as to all counts against all Defendants;

3. <u>Jill Ker Conway and Paul E. Gray's Motion to Withdraw Reference</u> and <u>Defendants R. Schorr Berman, John W. Brown, Jerome H. Grossman, M.D., Pamela W. McNamara, Arno A. Penzias, and Gerhard Schulmeyer's Motion to Withdraw Reference of Adversary Proceeding</u> are otherwise DENIED WITHOUT PREJUDICE to asserting the right to a jury trial when the matter is ready for trial;

4. All pretrial proceedings, including determinations as to whether claims are considered core or non-core, will remain with the Bankruptcy Court;

5. The Bankruptcy Court shall be entitled to make final judgments with respect to pretrial dispositive motions for all core claims;

6. In regards to pretrial dispositive motions that affect non-core claims, the Bankruptcy Court shall provide this court with recommendations and proposed findings of fact and law; and

7. This court will enter final order or judgment on non-core claims after considering the Bankruptcy Judge's recommendations and reviewing *de novo* those matters to which any party has timely and specifically objected.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
    United States District Judge