UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN S. GRAY,<br>AS PLAN ADMINISTRATOR OF<br>DEHON, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>BRIAN BARNETT, R. SCHORR BERMAN, JOHN W. BROWN, JILL K. CONWAY, PAUL E. GRAY, JEROME H. GROSSMAN, M.D., MICHAEL HAWLEY, THOMAS JOBSKY, ASHOK S. KALELKAR, MARGARET G. KERR, LORENZO LAMADRID, CHARLES R. LAMANTIA, PAMELA W. MCNAMARA, BERHARD METZGER, ARNO A. PENZIAS, JAVIER ROTLLANT, CLAIR RUSKIN, STUART SAINT, GERHARD SCHULMEYER, PETER WOOD, and WOLFGANG ZILLESSEN,<br><br>                Defendants. | Civil Action No. 04-40056-JLT |

## NOTICE OF APPEARANCE

Jonathan A. Shapiro, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters his appearance as counsel for defendants R. Schorr Berman, John W. Brown, Jerome H. Grossman, M.D., Margaret G. Kerr, Arno A. Penzias, Pamela W. McNamara, Javier Rotllant, and Gerhard Schulmeyer, in the above-captioned civil action.

        R. SCHORR BERMAN, JOHN W. BROWN, JEROME H. GROSSMAN, M.D., MARGARET G. KERR, ARNO A. PENZIAS, PAMELA W. MCNAMARA, JAVIER ROTLLANT, AND GERHARD SCHULMEYER,

        By their attorneys,

        /s/ Jonathan A. Shapiro
        Jeffrey B. Rudman (BBO #433380)
        Paul P. Daley (BBO #112560)
        Mark D. Selwyn (BBO #565595)
        Jonathan A. Shapiro (BBO #567838)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000

Dated: November 18, 2005