UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN S. GRAY,<br>AS PLAN ADMINISTRATOR OF<br>DEHON, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>BRIAN BARNETT, R. SCHORR BERMAN, JOHN W. BROWN, JILL K. CONWAY, PAUL E. GRAY, JEROME H. GROSSMAN, M.D., MICHAEL HAWLEY, THOMAS JOBSKY, ASHOK S. KALELKAR, MARGARET G. KERR, LORENZO LAMADRID, CHARLES R. LAMANTIA, PAMELA W. MCNAMARA, BERHARD METZGER, ARNO A. PENZIAS, JAVIER ROTLLANT, CLAIR RUSKIN, STUART SAINT, GERHARD SCHULMEYER, PETER WOOD, and WOLFGANG ZILLESSEN,<br><br>        Defendants. | Civil Action No. 04-40056-JLT |

## **DEFENDANTS' RENEWED UNOPPOSED MOTION TO EXTEND TIME**

Defendants hereby move for an extension of time to file their objections to the Proposed Findings of Fact and Conclusions of Law with respect to "Defendants R. Schorr Berman, John W. Brown, Jerome H. Grossman, M.D., Pamela W. McNamara, Arno A. Penzias, and Gerhard Schulmeyer's Motion to Dismiss," which was submitted to the District Court by Judge Boroff of the United States Bankruptcy Court for the District of Massachusetts on or about October 5, 2005 (a copy of which is attached hereto as <u>Exhibit A</u>).

- 2 -

The defendants request the following briefing schedule:

1. The defendants shall file their objections and accompanying memorandum of law by November 28, 2005.

2. The plaintiff shall file his responsive memorandum of law by December 28, 2005.

3. The defendants shall file any reply memorandum of law by January 16, 2006.

### L.R. 7.1 (a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the defendants have conferred with the plaintiff, who has no opposition to the schedule set forth above.[1]

```
                                R. SCHORR BERMAN, JOHN W. BROWN,
                                JEROME H. GROSSMAN, M.D.,
                                MARGARET G. KERR, ARNO A. PENZIAS,
                                PAMELA W. MCNAMARA, JAVIER
                                ROTLLANT, AND GERHARD
                                SCHULMEYER,


                                By their attorneys,



                                /s/ Jonathan A. Shapiro
                                Jeffrey B. Rudman (BBO #433380)
                                Paul P. Daley (BBO #112560)
                                Mark D. Selwyn (BBO #565595)
                                Jonathan A. Shapiro (BBO #567838)
                                Wilmer Cutler Pickering Hale and Dorr LLP
                                60 State Street
                                Boston, Massachusetts 02109
                                (617) 526-6000
```

Dated: November 18, 2005

---

[1] The defendants initially filed an Unopposed Motion to Extend Time on October 14, a copy of which is attached as Exhibit B. On October 17, that motion was denied, without prejudice, to re-file with a certification of conference pursuant to Local Rule 7.1(a)(2), although defendants did not learn about the denial of that initial motion until this week. During the Local Rule 7.1 conference, the plaintiff's counsel stated it did not plan to oppose this motion on any grounds, including under Bankruptcy Rule 9033. As the Court requested, the present motion explicitly includes a certification of conference pursuant to Local Rule 7.1(a)(2).

US1DOCS 5389477v1