# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN S. GRAY,<br>AS PLAN ADMINISTRATOR OF<br>DEHON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN BARNETT, R. SCHORR<br>BERMAN, JOHN W. BROWN, JILL K.<br>CONWAY, PAUL E. GRAY, JEROME H.<br>GROSSMAN, M.D., MICHAEL<br>HAWLEY, THOMAS JOBSKY,<br>ASHOK S. KALELKAR, MARGARET G.<br>KERR, LORENZO LAMADRID,<br>CHARLES R. LAMANTIA, PAMELA W.<br>MCNAMARA, BERHARD METZGER,<br>ARNO A. PENZIAS, JAVIER<br>ROTLLANT, CLAIR RUSKIN, STUART<br>SAINT, GERHARD SCHULMEYER,<br>PETER WOOD, and<br>WOLFGANG ZILLESSEN,<br><br>Defendants. | Civil Action No. 04-40056-JLT |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME

Defendants hereby move for an extension of time to file their objections to the Proposed Findings of Fact and Conclusions of Law with respect to "Defendants R. Schorr Berman, John W. Brown, Jerome H. Grossman, M.D., Pamela W. McNamara, Arno A. Penzias, and Gerhard Schulmeyer's Motion to Dismiss," which was submitted to the District Court by Judge Boroff of the United States Bankruptcy Court for the District of Massachusetts on or about October 5, 2005 (a copy of which is attached hereto as Exhibit A).

USIDOCS 5331465v1

The defendants request, and plaintiffs do not oppose, the following briefing schedule:

1. The defendants shall file their objections and accompanying memorandum of law by November 18, 2005.

2. The plaintiff shall file his responsive memorandum of law by December 20, 2005.

3. The defendants shall file any reply memorandum of law by January 6, 2006.

R. SCHORR BERMAN, JOHN W. BROWN,
JEROME H. GROSSMAN, M.D.,
MARGARET G. KERR, ARNO A. PENZIAS,
PAMELA W. MCNAMARA, JAVIER
ROTLLANT, AND GERHARD
SCHULMEYER,

By their attorneys,

/s/ Mark D. Selwyn
Jeffrey B. Rudman (BBO #433380)
Paul P. Daley (BBO #112560)
Mark D. Selwyn (BBO #565595)
Jonathan A. Shapiro (BBO #567838)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: October 14, 2005

- 2 -