**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DEHON, INC.,* ) | Case No. 02-41045 (HJB) |
| ) | |
| ) | (Substantively Consolidated) |
| Debtor. ) | |
| ) | |
| * The Debtor, formerly named ARTHUR D. LITTLE, INC., changed its name to Dehon, Inc. following the sale of substantially all of its operating assets pursuant to an order of the Bankruptcy Court dated April 29, 2002. ) ) ) ) | |
| ) | |
| STEPHEN S. GRAY, ) | |
| AS PLAN ADMINISTRATOR OF ) | Bankruptcy Court |
| DEHON, INC., ) | Adversary Proceeding |
| ) | No. 04-04287 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | District Court |
| BRIAN BARNETT, *et al.*, ) | Civil Docket No. |
| ) | 4:04-CV-40056-NMG |
| Defendants. ) | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Christian J. Urbano of Hanify & King, One Beacon Street, 21st Floor, Boston, MA 02110, as counsel of record for Plaintiff Stephen S. Gray, as Plan Administrator of Dehon, Inc. Mr. Urbano left Goulston & Storrs, P.C., lead counsel to the Plaintiff. The appearance of successor counsel at Goulston & Storrs accompanies this motion.

| | |
|---|---|
| Dated:  December 21, 2005 | /s/ Douglas B. Rosner<br>Julie A. Frohlich (BBO #554707)<br>Douglas B. Rosner (BBO #559963)<br>Peter D. Bilowz (BBO #6651383)<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, MA  02110<br>Tel:   (617) 482-1776<br>Fax:   (617) 574-4112<br>drosner@goulstonstorrs.com<br><br>Counsel to the Plan Administrator |

## CERTIFICATE OF SERVICE

I, Douglas B. Rosner, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on December 21, 2005.

/s/ Douglas B. Rosner
Douglas B. Rosner