# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| DEHON, INC.,* | Case No. 02-41045 (HJB) |
|  | (Substantively Consolidated) |
| Debtor. |  |
| * The Debtor, formerly named ARTHUR D. LITTLE, INC., changed its name to Dehon, Inc. following the sale of substantially all of its operating assets pursuant to an order of the Bankruptcy Court dated April 29, 2002. |  |
| STEPHEN S. GRAY, AS PLAN ADMINISTRATOR OF DEHON, INC., | Bankruptcy Court Adversary Proceeding No. 04-04287 |
| Plaintiff, |  |
| v. |  |
| BRIAN BARNETT, *et al.*, | District Court Civil Docket No. 4:04-CV-40056-NMG |
| Defendants. |  |

## NOTICE OF APPEARANCE OF REPLACEMENT COUNSEL

Please enter the appearance Douglas B. Rosner and Goulston & Storrs as counsel for plaintiff Stephen S. Gray, as Plan Administrator of Dehon, Inc.

Dated: December 21, 2005

/s/ Douglas B. Rosner
Douglas B. Rosner (BBO #559963)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
Tel: (617) 482-1776
Fax: (617) 574-4112
drosner@goulstonstorrs.com

Counsel to the Plan Administrator

## CERTIFICATE OF SERVICE

    I, Douglas B. Rosner, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on December 21, 2005.

                                           /s/ Douglas B. Rosner  
                                           Douglas B. Rosner