UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHEN S. GRAY, <br> as Plan Administrator of <br> DEHON, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN BARNETT, R. SCHORR <br> BERMAN, JOHN W. BROWN, <br> JILL K. CONWAY, PAUL E. GRAY, <br> JEROME H. GROSSMAN, M.D., <br> MICHAEL HAWLEY, THOMAS JOBSKY, <br> ASHOK S. KALELKAR, MARGARET <br> G. KERR, LORENZO LAMADRID, <br> CHARLES R. LAMANTIA, PAMELA W. <br> MCNAMARA, BERHARD METZGER, <br> ARNO A. PENZIAS, JAVIER ROTLLANT, <br> CLAIR RUSKIN, STUART SAINT, <br> GERHARD SCHULMEYER, PETER WOOD <br> and WOLFGANG ZILLESSEN, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 04-40056-JLT |

ORDER

June 29, 2006

TAURO, J.

1. After reviewing United States Bankruptcy Judge Boroff's Proposed Findings of Fact and Conclusions of Law, and Defendants' Objection thereto, this court accepts and adopts Judge Boroff's recommendation that Defendants' Motion to Dismiss Counts I - V of the Complaint be DENIED.

IT IS SO ORDERED.

                                                            /s/ Joseph L. Tauro
                                                      United States District Judge